NOT FOR PUBLICATION
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**FILED**

JUL 22 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BILLIE RENE FRANCES LILLIAN POWERS, | No. 19-55013 |
| Plaintiff-Appellant, | D.C. No. 8:17-cv-01386-DOC-KES |
| LORIE-ANN COLE; VALERIE-LYNN NAIF, | MEMORANDUM* |
| Intervenors-Pending, | |
| v. | |
| THE BANK OF NEW YORK MELLON, FKA Bank of New York, as Trustee, on behalf of the holders of the alternative Loan Trust 2007-HY9 Mortgage Pass Through Certificates Series 2007-HY9; SELECT PORTFOLIO SERVICING, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; JON SECRIST; NICHOLE CLAVADETSCHER; COMMONWEALTH LAND TITLE COMPANY; BANK OF AMERICA, NA; DOES, 1-10, | |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Central District of California
David O. Carter, District Judge, Presiding

---

\*       This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Submitted July 20, 2020[**]

Before:  O'SCANNLAIN, TROTT, and N.R. SMITH, Circuit Judges.

Billie Rene Francis Lillian Powers appeals the dismissal of her fourth amended complaint. The facts are known to the parties, so we do not repeat them here.

In her opening brief, Powers lists thirty-four issues that she asks to be reviewed. However, she provides no legal argument whatsoever. "Although we are sensitive to [her] pro se status . . . . , our leniency is not without limit and does not excuse [her] utter failure to provide any legal support or argument . . . ." *Ventress v. Japan Airlines*, 747 F.3d 716, 723 n.8 (9th Cir. 2014).[1]

**AFFIRMED.**

---

[**] The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

[1] The Motions for Third Party Intervention, filed with this court on January 9, 2020 (Docket Entry No. 41) and June 30, 2020 (Docket Entry No. 62) are **DENIED**. Powers's Motion for Default of Appellee Thomas Peppers for Failure to Respond, filed with this court on June 3, 2020 (Docket Entry No. 53), is **DENIED**. Her Motions to File Multiple Reply Briefs, filed with this court on June 23, 2020 (Docket Entry Nos. 58 and 59), are **DENIED**.